

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN RE: PURPORTED MECHANICAL AND MATERIALMAN'S LIEN CLAIM OF LIEN AGAINST PELLICANO BUSINESS PARK, L.L.C., | § | No. 08-16-00291-CV |
|  | § | Appeal from the |
|  | § | County Court at Law No. 7 |
| Appellant. | § | of El Paso County, Texas |
|  | § | (TC# 2012-DCV06341) |
|  | § |  |

## ORDER

Pending before the Court is Appellant's motion requesting the court reporter's record without cost to her. Appellant has filed a "Statement of Inability to Afford Payment of Court Costs" pursuant to TEX.R.CIV.P. 145 and TEX.R.APP.P. 20.1(c). No challenge has been filed to the Statement. Accordingly, the Court has determined that Appellant will be permitted to proceed without payment of filing fees in this Court. She is also entitled to have the reporter's record relevant to this appeal prepared and filed without any cost to her.

In her motion, Appellant has requested the reporter's record of contempt hearings which occurred on June 3, 2016, June 6, 2016, October 5, 2016, and October 18, 2016. This Court does not have jurisdiction to review contempt orders in a direct appeal. Therefore, the court reporter shall not prepare or file the record of any contempt hearings. Appellant also requests preparation

1

of a temporary injunction hearing or trial which took place on or about September 15-18, 2015. The Court determined in a related appeal that the record of this hearing has been lost due to the fault of Appellant. *See Serrano v. Pellicano Business Park, LLC*, No. 08-15-00290-CV (Tex.App.--El Paso August 25, 2016, order). Therefore, Appellant is not entitled to this record. Finally, Appellant requests that the court reporter prepare and file the record for the final hearing which took place on September 15, 2016. That request is granted. The court reporter is directed to prepare and file, without any cost to Appellant, the reporter's record of the final hearing which took place on September 15, 2016. The reporter's record is due on or before April 29, 2017.

IT IS SO ORDERED this 15th day of March, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.

2